IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH ELDRIDGE WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-850-MHT-WC |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The magistrate judge entered a recommendation in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that the magistrate judge's recommendation (Doc. #23) is adopted.

A separate judgment shall issue.

DONE, this the 30th day of November, 2010.

　　　　　　/s/ Myron H. Thompson　　　
　　　　UNITED STATES DISTRICT JUDGE